UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ZOOSK, INC.,<br><br>　　　　　　Plaintiff,<br>　　v.<br>BYRON LOCK,<br>　　　　　　Defendant.<br>_____/ | No. C 10-04545 LB<br><br>**ORDER DIRECTING DEFENDANT TO FILE CONSENT/DECLINATION FORM** |

This civil case was randomly assigned to United States Magistrate Judge Laurel Beeler for all purposes including trial. In accordance with 28 U.S.C. § 636(c), magistrate judges are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties. An appeal from a judgment entered by Judge Beeler may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

Defendant Byron Lock has not filed a written consent to Judge Beeler's jurisdiction. Mr. Lock also has the right to have the case assigned to a United States District Judge for trial and disposition. Accordingly, Mr. Lock shall inform the court whether he consents to Judge Beeler's jurisdiction or requests reassignment to a United States District Judge. The consent/declination form shall be filed by July 29, 2011. Because Mr. Lock has not yet appeared in this case, Zoosk shall serve a copy of this order on Mr. Lock no later than July 15, 2011 and shall electronically file with the court a copy

///

ORDER
C 10-04545

1  of the proof of service.
2  **IT IS SO ORDERED.**
3  Dated: July 11, 2011

_____
LAUREL BEELER
United States Magistrate Judge

C 10-04545

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ZOOSK, INC., | No. C 10-04545 LB |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| BYRON LOCK, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____  _____
Signature

Counsel for _____
(Plaintiff, Defendant or indicate "pro se")

C 10-04545

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| ZOOSK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BYRON LOCK,<br><br>    Defendant.<br>_____/ | No. C 10-04545 LB<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge and requests the reassignment of this case to a United States District Judge.

Dated: _____        Signature_____

                                                          Counsel for _____
                                                          (Plaintiff, Defendant, or indicate "pro se")

UNITED STATES DISTRICT COURT
For the Northern District of California