1  THOMAS H. ZELLERBACH (SBN 154557)
   tzellerbach@orrick.com
2  MORVARID METANAT (SBN 268228)
   mmetanat@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, CA 94025
   Telephone:   +1-650-614-7400
5  Facsimile:   +1-650-614-7401

6  Attorneys for Plaintiff
   ZOOSK, INC.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ZOOSK, INC., | Case No. 10-cv-04545-LB |
| Plaintiff, | **STIPULATED [PROPOSED]** |
| v. | **CONSENT DECREE AND PERMANENT INJUNCTION** |
| DOE 1, aka "Carson Dyle," an individual, and DOES 2-25, individuals, | |
| Defendants. | |

1. Plaintiff Zoosk, Inc. ("Zoosk") filed this action on October 10, 2010 asserting that Doe defendants published false statements accusing Zoosk of covertly installing malicious software (including viruses) on its users' computers, invading its users' privacy, and secretly selling user data to third-parties. Zoosk asserts claims for Libel Per Se; Trade Libel; and Intentional Interference with Prospective Economic Advantage.

2. After seeking early discovery, Zoosk identified Byron Lock as Doe Defendant 1 ("Lock") (Zoosk and Lock collectively the "Parties"). Zoosk subsequently served Lock with a copy of the Complaint on April 22, 2011 and a copy of the First Amended Complaint on June 14, 2011.

3. The Parties have entered into a Settlement Agreement which provides for the entry of this Stipulated Consent Decree.

4. This Court has original jurisdiction over these claims pursuant to 28 U.S.C. Section 1332.

5. Lock admits that he posted and re-published false statements to the Twitter account registered to his pseudonym "Carson Dyle" and named "Squirrel Juice." These statements include false accusations that Zoosk covertly installs malicious software (including viruses) onto its user's computers, invades its users' privacy, and secretly sells its users' data to third parties.

6. Lock consents and subjects himself to the jurisdiction of this Court with respect to this matter and enforcement of this Consent Decree and its terms.

7. Pursuant to Federal Rule of Civil Procedure 65(d), Lock shall be and is hereby PERMANENTLY RESTRAINED AND ENJOINED from:

    a. making and/or disseminating defamatory, untrue and/or misleading statements regarding Zoosk, its service, and/or its employees. This includes, but is not limited to the following:

        i. defamatory, untrue and/or misleading statements that Zoosk covertly installs malicious software (including viruses) on its users' computers;

    ii.  defamatory, untrue and/or misleading statements that Zoosk invades its users' privacy; and

    iii.  defamatory, untrue and/or misleading statements that Zoosk secretly sells user data to third-parties;

  b.  assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs 1(a)(i)-(iii) above.

8.  This Court shall retain jurisdiction over the subject matter hereof and over Lock to ensure compliance with this Consent Decree.

9.  Any proceeding before this Court to enforce the terms of this Consent Decree shall be resolved by means of a noticed motion without the necessity of filing a new and separate action. The parties to such proceedings will be permitted to submit evidence and memorandums of points and authorities according to the ordinary briefing requirements for a noticed motion as set forth by the Federal Rules of Civil Procedure and this Court's local rules then in effect. The Court shall have discretion to allow live testimony or other evidence in addition to any documentary evidence or declarations submitted as part of the noticed motion briefings.

10.  The Court shall determine whether Lock has violated the terms of this Consent Decree pursuant to this definition. A "violation" shall be defined as the failure to comply with paragraphs 1.a. and 1.b. above.

///
///
///
///
///
///
///
///
///

1

2  ZOOSK, INC.

3  _____

4  Title: Attorneys for Plaintiff

5  Dated: 7/08/11

6

7  BYRON LOCK

8  _____

9  Dated: 6-20-11

10

11

12  **IT IS SO ORDERED.**

13  Dated this 25 day of July, 2011

14

15  _____
    HON. LAUREL BEELER
16  UNITED STATES MAGISTRATE JUDGE

*[Stamp: IT IS SO ORDERED / Judge Laurel Beeler / United States District Court, Northern District of California]*

OHS WEST:261125170.3

STIPULATED [PROPOSED] CONSENT DECREE